UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JUSTIN H. MERRITT (#3452)

VERSUS                                          CIVIL ACTION

DR. SYNKA VEYAZE, ET AL                         NUMBER 13-214-BAJ-SCR

<u>**NOTICE**</u>

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, October 1, 2013.

*(signature: Stephen C. Riedlinger)*

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JUSTIN H. MERRITT (#3452)

VERSUS                                              CIVIL ACTION

DR. SYNKA VEYAZE, ET AL                             NUMBER 13-214-BAJ-SCR

## MAGISTRATE JUDGE'S REPORT

Pro se plaintiff, a detainee at the East Louisiana Mental Health System Forensic Unit, Jackson, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Dr. Synka Veyaze, Dr. Sabrina Thompson, Dr. Wilson, Mrs. Kim, David Simmons, Dr. Soong, Dr. John Thompson, Dr. Vergara and Mrs. Laneatheia.  Plaintiff alleged that he is competent and wants to discuss crimes he has committed in Louisiana and Arkansas with law enforcement officials.  Plaintiff sought the issuance of a subpoena to have him transported to court and suggested that the court should then have him held in East Baton Rouge Parish Prison pending the resolution of this case.

For the reasons which follow, the plaintiff's complaint should be dismissed as frivolous.

### I. Applicable Law and Analysis

#### A. Frivolous Standard

An in forma pauperis suit is properly dismissed as frivolous if the claim lacks an arguable basis either in fact or in law. *Denton v. Hernandez*, 504 U.S. 25, 112 S.Ct. 1728, 1733 (1992);

*Neitzke v. Williams*, 490 U.S. 319, 109 S.Ct. 1827, 1831-32 (1989); *Hicks v. Garner*, 69 F.3d 22, 24 (5th Cir. 1995).  A court may dismiss a claim as factually frivolous only if the facts are clearly baseless, a category encompassing allegations that are fanciful, fantastic, and delusional.  *Denton,* 504 U.S. at 33-34, 112 S.Ct. at 1733.  Pleaded facts which are merely improbable or strange, however, are not frivolous for 28 U.S.C. § 1915(d) purposes.  *Id.; Ancar v. SARA Plasma, Inc.*, 964 F.2d 465, 468 (5th Cir. 1992).  Dismissal § 1915(d) may be made at any time before or after service of process and before or after an answer is filed.  *Green v. McKaskle*, 788 F.2d 1116, 1119 (5th Cir. 1986).

Plaintiff named Dr. Synka Veyaze, Dr. Sabrina Thompson, Dr. Wilson, Mrs. Kim, David Simmons, Dr. Soong, Dr. John Thompson, Dr. Vergara and Mrs. Laneatheia as defendants but failed to allege any facts against them which rise to the level of a constitutional violation.

To be liable under § 1983, a person must either be personally involved in the acts causing the alleged deprivation of constitutional rights, or there must be a causal connection between the act of that person and the constitutional violation sought to be redressed.  *Lozano v. Smith*, 718 F.2d 756 (5th Cir. 1983).

### **RECOMMENDATION**

It is the recommendation of the magistrate judge that the

plaintiff's claims be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and without leave to amend because there is no conceivable, non-frivolous claim he could assert against these defendants consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, October 1, 2013.

                                                                  *[signature: Stephen C. Riedlinger]*
                                                  STEPHEN C. RIEDLINGER
                                                  UNITED STATES MAGISTRATE JUDGE